■ DIPIZIO CONSTRUCTION COMPANY, INC., Appellant, v ERIE CANAL HARBOR DEVELOPMENT CORPORATION, Respondent. (Appeal No. 1.) [21 NYS3d 663]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered April 3, 2014. The order denied plaintiff's motion for summary judgment and, upon searching the record, granted summary judgment to defendant and dismissed the complaint.

■ DIPIZIO CONSTRUCTION COMPANY, INC., Appellant, v ERIE CANAL HARBOR DEVELOPMENT CORPORATION, Respondent. (Appeal No. 2.) [21 NYS3d 667]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered May 30, 2014. The order granted plaintiff's motion for leave to reargue its prior motion for summary judgment and, upon reargument, the court adhered its prior decision.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Same memorandum as in *DiPizio Constr. Co., Inc. v Erie Canal Harbor Dev. Corp.* ([appeal No. 3] 134 AD3d 1418 [2015]). Present—Scudder, P.J., Centra, Lindley, Valentino and Whalen, JJ.